IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------- x
NATIONAL MULTI HOUSING COUNCIL, :
et al.,                         :
                                :
                Plaintiffs,     :
                                :
        - against -             :    Civil Action No.
                                :
ALPHONSO JACKSON, et al.,       :
                                :
                Defendants.     :
                                :
------------------------------- x
```

### Certificate Required By LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for the National Apartment Association, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the National Apartment Association which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Andrew L. Sander (D.C. Bar No. 387825)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

COUNSEL FOR PLAINTIFF

Dated: May 3, 2007