AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Multi Housing Council,
National Apartment Association

**SUMMONS IN A CIVIL CASE**

V.

Alphonso Jackson,
United States Department of Housing and
Urban Development

Case: 1:07-cv-00815
Assigned To : Robertson, James
Assign. Date : 5/3/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Sandler
Skadden, Arps, Slate, Meagher and Flom LLP
1440 New York Avenue, NW
Washington, DC 2005-2111

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            MAY - 3 2007
CLERK                              DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

National Multi Housing Council, in a representational capacity on behalf of certain of its members, et al.

vs.

Alphonso Jackson, in His Official Capacity as Secretary of Housing and Urban Development, et al.

No. 1:07-CV-00815 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

 I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

 That my date of birth / age is 09-06-1941.

 That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

 That service was made by a private process server.

 That I am not a party to or otherwise interested in this suit.

 That at 2:55 pm on May 7, 2007, I served U.S. Attorney General at Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Brian Tate, Mailroom Clerk, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   32
 HEIGHT-   5'10"
   HAIR-   BLACK
 WEIGHT-   175
   RACE-   BLACK
```

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  5-7-07
    Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187709

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Multi Housing Council,
National Apartment Association

**SUMMONS IN A CIVIL CASE**

V.

Alphonso Jackson,
United States Department of Housing and
Urban Development

Case: 1:07-cv-00815
Assigned To : Robertson, James
Assign. Date : 5/3/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Department of Housing and Urban
Development
451 7th Street, S.W.
Washington, DC  20410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Sandler
Skadden, Arps, Slate, Meagher and Flom LLP
1440 New York Avenue, NW
Washington, DC  2005-2111

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY - 3 2007
CLERK                                                              DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

National Multi Housing Council, in a representational capacity on behalf of certain of its members, et al.

vs.

Alphonso Jackson, in His Official Capacity as Secretary of Housing and Urban Development, et al.

No. 1:07-CV-00815

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:35 pm on May 7, 2007, I served United States Department of Housing and Urban Development at 451 7th Street, SW, Washington, DC 20410 by serving Shirley Henson, Staff Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     57
HEIGHT-  5'5"
HAIR-    BLACK
WEIGHT-  170
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  5/7/07
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187707

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Multi Housing Council,
National Apartment Association

**SUMMONS IN A CIVIL CASE**

V.

Alphonso Jackson,
United States Department of Housing and
Urban Development

CA  Case: 1:07-cv-00815
Assigned To : Robertson, James
Assign. Date : 5/3/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Sandler
Skadden, Arps, Slate, Meagher and Flom LLP
1440 New York Avenue, NW
Washington, DC  2005-2111

an answer to the complaint which is served on you with this summons, within _60_ _1_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             MAY -3 2007

CLERK                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

National Multi Housing Council, in a representational capacity on behalf of certain of its members, et al.

vs.

Alphonso Jackson, in His Official Capacity as Secretary of Housing and Urban Development, et al.

No. 1:07-CV-00815 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:20 pm on May 7, 2007, I served U.S. Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   35
 HEIGHT-   5'11"
   HAIR-   BLACK
 WEIGHT-   185
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   5-7-07
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187708

# UNITED STATES DISTRICT COURT
## District of Columbia

National Multi Housing Council,
National Apartment Association

**SUMMONS IN A CIVIL CASE**

V.

Alphonso Jackson,
United States Department of Housing and
Urban Development

Case: 1:07-cv-00815
Assigned To : Robertson, James
Assign. Date : 5/3/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Alphonso Jackson
United States Department of Housing and Urban
Development
451 7th Street, S.W.
Washington, DC 20410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Sandler
Skadden, Arps, Slate, Meagher and Flom LLP
1440 New York Avenue, NW
Washington, DC 2005-2111

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     MAY -3 2007
CLERK                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

National Multi Housing Council, in a representational capacity on behalf of certain of its members, et al.

vs.

Alphonso Jackson, in His Official Capacity as Secretary of Housing and Urban Development, et al.

No. 1:07-CV-00815

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:35 pm on May 7, 2007, I served Alphonso Jackson, in His Official Capacity as Secretary of Housing and Urban Development at United States Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410 by serving Shirley Henson, Staff Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     57
HEIGHT-  5'5"
HAIR-    BLACK
WEIGHT-  170
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 5/7/07
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187705