# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Multi Housing Council, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-00815(JR) |
| | ) |
| ALPHONSO JACKSON, | ) |
| Secretary, U.S. Department of Housing | ) |
| and Urban Development, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel of record for the defendants, Alphonso Jackson in his official capacity as Secretary, U.S. Department of Housing and Urban Development ("Department"), and the Department, in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Office of the United States Attorney for the
 District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing <u>Notice of Appearance</u> was sent by the Court's Electronic Case Filing System and first class, postage prepaid mail, this <u>13th</u> day of June, 2007 to:

Andrew L. Sandler
Skadden, Arps, Slate, Meagher and Flom LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005-2111

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney