UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL MULTI HOUSING COUNCIL, *et al.*,

    Plaintiffs,

    v.

ALPHONSO JACKSON, Secretary, Department of Housing and Urban Development, *et al.*,

    Defendants.

Civil Action No. 07-0815 (JR)

**ORDER**

Because "another attorney has [not] previously entered an appearance on behalf of [the government]," Beverly Maria Russell's withdrawal of her appearance is **disapproved**.  See LCvR 83.6(b).


                          JAMES ROBERTSON
                  United States District Judge