**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL MULTIFAMILY HOUSING COUNCIL and NATIONAL APARTMENT ASSOCIATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ALPHONSO JACKSON, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, 451 Seventh St., S.W. Washington, DC 20410, )<br><br>Defendants. ) | Civil Action No. 07-815 (JR) Judge James Robertson |

**MOTION TO DISMISS ON THE PLEADINGS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendants Alphonso Jackson, Secretary of Housing and Urban Development, and the United States Department of Housing and Urban Development ("HUD"), respectfully move this Court to dismiss the complaint in this case for lack of subject matter jurisdiction and failure to state a claim for which relief can be granted.  Plaintiffs' claims are not ripe, and plaintiffs lack standing to assert them.

-1-

The reasons why this Motion should be granted are more fully set out in the accompanying

Memorandum.

This ___6th___ day of July, 2007

                       Respectfully submitted,


                       WAN J. KIM
                       Assistant Attorney General
                       Civil Rights Division

BEVERLY RUSSELL               STEVEN H. ROSENBAUM
Assistant United States Attorney    Chief
555 4th Street, NW                 TIMOTHY J. MORAN
Washington, DC 20530           Deputy Chief


                             /s
                       HARVEY L. HANDLEY
                       Trial Attorney
                       Housing and Civil Enforcement Section
                       Civil Rights Division
                       U.S. Department of Justice
                       950 Pennsylvania Avenue, N.W. - G St.
                       Washington, D.C. 20530
                       Phone: (202) 514-4756
                       Fax: (202) 514-1116

                       Attorneys for Defendants

**Certificate of Service**

I hereby certify that on July 6, 2007, I electronically filed the foregoing Motion to Dismiss using the CM/ECF system which sent notification of such filing to Andrew L, Sandler.

      /s Harvey L. Handley
HARVEY L. HANDLEY
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530