IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
NATIONAL MULTI HOUSING COUNCIL,         :
in a representational capacity on behalf of :
certain of its members,                 :
1850 M Street, N.W., Suite 540          :
Washington, D.C. 20036                  :
                                        :
NATIONAL APARTMENT ASSOCIATION,         :
in a representational capacity on behalf of :
certain of its members,                 :
4300 Wilson Boulevard, Suite 400        :   Civil Action No. 07-815 (JR)
Arlington, VA 22203                     :   Judge James Robertson
                                        :
              Plaintiffs,               :
                                        :
       - against -                      :
                                        :
ALPHONSO JACKSON, et al.                :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS

The National Multi Housing Council ("NMHC") and the National Apartment Association ("NAA") respectfully request, pursuant to Federal Rule of Civil Procedure 6, that this Court extend the deadline for responding to Defendants' Motion to Dismiss until August 16, 2007. This extension, which Defendants do not oppose, is necessary so Plaintiffs will have time in which to adequately respond to the issues raised in Defendants' motion.

Plaintiffs filed their Complaint in this case on May 3, 2007. Defendants filed a Motion to Dismiss, along with a Memorandum of Points and Authorities in support of the Motion, on July 6, 2007. In their Motion to Dismiss, Defendants argue that Plaintiffs lack

1

standing to bring their claims and that the case is not ripe for review. Pursuant to LCvR 7(b), Defendants currently have until July 17, 2007 to oppose Defendants' Motion.

In accordance with LCvR 7(m), undersigned counsel conferred with Defendants' counsel, Harvey L. Handley, on July 10, 2007 regarding this Motion. Mr. Handley stated that Defendants did not object to an extension of time.

For the foregoing reasons, the NMHC and the NAA respectfully request leave until August 16, 2007 to file their response to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ Joseph L. Barloon
_____
Andrew L. Sander (D.C. Bar No. 387825)
Joseph L. Barloon (D.C. Bar No. 459626)
Austin K. Brown (D.C. Bar No. 499915)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

**COUNSEL FOR PLAINTIFFS**

Dated: July 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x

NATIONAL MULTI HOUSING COUNCIL,
in a representational capacity on behalf of
certain of its members,
1850 M Street, N.W., Suite 540
Washington, D.C. 20036

NATIONAL APARTMENT ASSOCIATION,
in a representational capacity on behalf of
certain of its members,
4300 Wilson Boulevard, Suite 400
Arlington, VA 22203

                Plaintiffs,

    - against -

ALPHONSO JACKSON, et al.

              Defendants.

------------------------------x

Civil Action No. 07-815 (JR)
Judge James Robertson

## ORDER

Upon consideration of Plaintiff National Multi Housing Council's ("NMHC") and Plaintiff National Apartment Association's ("NAA") unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby

    ORDERED that the Motion is granted; and it is further

    ORDERED that Plaintiffs shall file their response to Defendants' Motion to Dismiss on or before August 16, 2007.

                                            _____
                                            The Honorable Judge James Robertson

Dated: _____, 2007
      Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Motion was sent by the Court's CM/ECF system and by first-class mail to:

Beverly M. Russell
Assistant U.S. Attorney
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530

Harvey L. Handley
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Suite 1800 G Bldg.
Washington, DC 20530

/s/ Austin K. Brown
_____
Austin K. Brown (D.C. Bar No. 499915)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000