IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL MULTIFAMILY HOUSING COUNCIL )
and NATIONAL APARTMENT ASSOCIATION, )
)
                Plaintiffs, )
)
v. )
)
)
ALPHONSO JACKSON, in his official capacity as )   Civil Action No. 07-815 (JR)
Secretary of Housing and Urban Development, and )   Judge James Robertson
UNITED STATES DEPARTMENT OF HOUSING )
& URBAN DEVELOPMENT, )
451 Seventh St., S.W. )
Washington, DC 20410, )
)
                Defendants. )
_____ )

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION**

By a Minute Order entered on July 10, 2007, this Court granted (Docket Entry 11) plaintiffs' Motion for Extension of Time (D.E. 10) to respond to the Motion to Dismiss on the Pleadings filed by defendants Department of Housing and Urban Development and Alphonso Jackson on July 6, 2007. As plaintiffs represented in their motion, the defendants did not oppose the requested extension.

The extension having been granted, plaintiff's opposition to the Motion to Dismiss is now due August 16, 2007. Pursuant to LCvR 7(d), defendants' Reply would be due five days from the date on which plaintiffs file their Opposition, or not later than August 23, 2007.

Because of the nature of the legal issues raised by the Motion to Dismiss, defendants respectfully request, pursuant to F.R.Civ.P. 6, that this Court likewise extend the deadline for

defendants to reply to plaintiffs' Opposition until 30 days after the Opposition is filed (not later that September 14, 2007).

Pursuant to LCvR 7(m), the undersigned conferred with Joseph L. Barloon, counsel for plaintiffs, on July 11, 2007. Mr. Barloon stated that the plaintiffs do not object to an extension of time as set forth in the instant motion.

For the foregoing reasons, defendants respectfully request that the deadline for them to respond to plaintiffs' Opposition to the pending Motion to Dismiss be extended until 30 days after the filing of the Opposition.

Dated July 12, 2007.

Respectfully submitted,

STEVEN H. ROSENBAUM
TIMOTHY J. MORAN

_____
HARVEY L. HANDLEY
Attorneys
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NWB 7100
Washington, D.C. 20035
Telephone: (202) 514-4756
Facsimile: (202) 514-1116

Of Counsel:

Nancy D. Christopher
Louis Gioia
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing Motion was made through the Court's ECF system to the following: Andrew Sandler, Joseph L. Barloon, Austin K. Brown.

                                  /s Harvey L. Handley
                                  HARVEY L. HANDLEY
                                  Trial Attorney
                                  Housing and Civil Enforcement Section
                                  Civil Rights Division
                                  U.S. Department of Justice
                                  950 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20530