**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL MULTI HOUSING COUNCIL, : 
*et al.*, :
 :
    Plaintiffs, :
 :
    v. : Civil Action No. 07-0815 (JR)
 :
ALPHONSO JACKSON, Secretary, :
Department of Housing and Urban :
Development, *et al.*, :
 :
    Defendants. :

**ORDER**

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss on the pleadings [10] is **GRANTED**.


                            JAMES ROBERTSON
                 United States District Judge